

**Matthew BECKELY, aka Dylan Matthews, aka D–Matt, dba Amerada Music, Plaintiff–Appellant,**

v.

**Reinhard RAITH, aka Crazy Frog, aka Voodoo & Serano, Ronald Carroll, aka Ron Carroll, aka R.O.N.N., Ceresia Blanchard, aka Ceresia, Patrick Weber, Voodoo Music GMBH, Embassy of Music GMBH, Konrad Von Lohneisen, One Entertainment Group, LLC and Youtube, LLC, Defendants–Appellees.**

No. 2014–1213.

United States Court of Appeals, Federal Circuit.

April 9, 2014.

Matthew Beckely, Grandville, MI, for Plaintiff–Appellant.

Richard J. Idell, Idell & Seitel LLP, San Francisco, CA, David H. Kramer, Esq., Wilson, Sonsini, Goodrich & Rosati, PC, Palo Alto, CA, for Defendants–Appellees.

### ORDER

Matthew Beckely has failed to file an initial brief as required by Federal Circuit Rule 31.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

### In re RAMBUS INC.

No. 2014–1064.

United States Court of Appeals, Federal Circuit.

April 9, 2014.

J. Michael Jakes, Naveen Modi, Attorney, Aidan Carl Skoyles, Attorney, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, Jason E. Stach, Attorney, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Atlanta, GA, for Rambus Inc.

### ON MOTION

### ORDER

Rambus Inc. moves without opposition to voluntarily dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

932

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Brian ANDERSON, Claimant–Appellant**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2013–7143.

United States Court of Appeals, Federal Circuit.

April 10, 2014.

Rehearing Denied May 12, 2014.

Brian Anderson, of Sterling, Colorado, pro se.

Martin M. Tomlinson, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent-appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Bryant Snee, Acting Director, and Steven J. Gillingham, Assistant Director. Of counsel on the brief were Y. Ken Lee, Deputy Assistant General Counsel, and Joshua Mayer, Attorney, United States Department of Veterans Affairs, of Washington, DC.

PER CURIAM.

Brian Anderson appeals from the decision of the United States Court of Appeals for Veterans Claims ("Veterans Court") affirming the decision of the Board of Veterans' Appeals ("Board") finding that the character of Anderson's other-than-honorable ("OTH") discharge barred entitlement to benefits from the Department of Veterans Affairs ("VA"). *See Anderson v. Shinseki,* No. 12–0274, 2013 WL 2390941 (Vet. App. June 3, 2013). Because Anderson's arguments challenge only factual findings and an application of law to fact, we dismiss for lack of jurisdiction.

BACKGROUND

Anderson served on active duty in the United States Marine Corps from October 1977 to October 1979. After 67 days of absence without leave, Anderson was classified as a deserter and discharged under OTH conditions. *Id.* at *1. Anderson received mental status evaluations in both March and August 1979, but neither evaluation revealed any indication of psychological disability. *Id.* In 2002, and again in 2004, the Army Board for Correction of Military Records found no basis on which to revise Anderson's character of discharge.

In 2002, Anderson filed a claim with a VA Regional Office ("RO") seeking to establish service connection for a mental disability. The RO determined that the character of Anderson's discharge presented a bar to his benefit eligibility. *Id.* Anderson appealed to the Board, which issued a final decision in 2006 finding that Anderson's character of discharge constituted a bar to VA benefits. *Id.* In 2008, following an appeal, the Veterans Court granted a joint motion for remand vacating the Board's decision, in which the parties agreed that the VA had not satisfied its duty to assist Anderson because it had not requested